AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **5:23-mj-170**
)
)
USA v. 23-164-05 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE "ATTACHMENT A", which is attached to and incorporated in this Application and Affidavit.

located in the _____ Western _____ District of _____ South Dakota _____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE "ATTACHMENT B", which is attached to and incorporated in this Application and Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1112 | Manslaughter |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Gerald Brent Bixenman, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **8-28-23**

_____
*Judge's signature*

City and state: Rapid City, South Dakota

Daneta Wollmann, U.S. Magistrate Judge
_____
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched* <br> *or identify the person by name and address)* <br><br> **USA v. 23-164-05** | ) <br> ) <br> ) Case No. **5:23-mj-170** <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ South Dakota _____
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime of Manslaughter, in violation of 18 U.S.C. § 1112, as described in ATTACHMENT B, attached hereto and incorporated by reference.

I find that the affidavit, or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ **9-11-23** _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ *Daneta Wollmann* _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  **8-28-23   11:00 am**   _____ *Bautulll* _____
                                                                                        *Judge's signature*

City and state:     Rapid City, South Dakota _____   Daneta Wollmann, U.S. Magistrate Judge
                                                                                        *Printed name and title*

cc: AUSA Patterson-ch

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>5:23-mj-170 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

 

_____
*Executing officer's signature*


_____
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DISTRICT

IN THE MATTER OF THE SEARCH OF:    CR    5:23-mj-170

USA v. 23-164-05

**FILED UNDER SEAL**
**AFFIDAVIT IN SUPPORT OF**
**SEARCH WARRANT APPLICATION**

State of South Dakota    )
                         ) ss
County of Pennington     )

I, Gerald Brent Bixenman, Special Agent of the Federal Bureau of Investigation (FBI) being duly sworn, states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.    I have been a Special Agent with the FBI since March 4, 2018. I am currently assigned to a criminal squad with the Minneapolis Division of the FBI, Rapid City Resident Agency, and investigate a multitude of Federal criminal violations, including crimes in Indian country on the Pine Ridge Reservation.

3.    Prior to my employment as Special Agent with the FBI, I was employed as a police officer for approximately eight years. My previous employer was with the Metropolitan Nashville Police Department (Tennessee) and my last

position was as a detective working violent crimes such as homicides, robberies, and assaults. Through my employment with the FBI and local law enforcement, I have received extensive training regarding criminal investigations.

4. The information set forth below is based upon my knowledge of an investigation conducted by the FBI and the investigation of other law enforcement agents and officers. I have not included each and every fact obtained pursuant to this investigation but have set forth those facts that I believe are essential to establish the necessary probable cause for the issuance of the search warrant.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**ITEMS TO BE SEARCHED FOR AND SEIZED:**

6. This affidavit is submitted in support of an application for a search warrant for a 2010 Chevrolet Traverse, South Dakota license plate E7005, VIN 1GNLVGED5AS111286, located at the Oglala Sioux Tribe Department of Public Safety (OSTDPS) Justice Center, 977 Horse Thief Road, Pine Ridge, SD 57770, which is a vehicle registered to Karen Red Elk, to include, but not limited to: event data recorders, "black box", entertainment systems, and vehicle information storage systems. I also intend to search the vehicle for any controlled substances, alcohol, or other items that may have impacted the driver

2

or vehicle functionality on August 3, 2023, as well as process the outside of the vehicle for any damage or evidence as a result of a collision. The vehicle is currently located at the Pine Ridge Justice Center. See Attachment A.

7.    The warrant is being sought and obtained in order to conduct a search for contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1112, Manslaughter, as listed in Attachment B.

## **PROBABLE CAUSE**

8.    At approximately 11:20 PM on the evening of August 3, 2023, the Oglala Sioux Tribe Department of Public Safety (OSTDPS) dispatch received a call from a citizen stating there appeared to be a boy walking in the middle of the road in front of Wolf Creek School (Lakota Tech) on Highway 18 in Pine Ridge, SD, and the boy was wearing all black clothing. Multiple calls within a few minutes were received by dispatch regarding a person wearing all black that was walking in the middle of the roadway. At approximately 11:30 PM, dispatch received a call from another citizen who advised that it appeared a pedestrian had been struck by a vehicle and that the pedestrian was lying on the shoulder of the road.

9.    The first responding officer arrived on scene at approximately 11:33 PM and advised dispatch that the pedestrian was deceased. The vehicle that struck the pedestrian had fled the scene of accident, therefore the type of vehicle and the driver's identity were unknown.

3

10. OSTDPS mapped and completed a crash reconstruction at the scene of accident. Small amounts of vehicle debris were also collected at the scene. The pedestrian was later identified as A.S., an 18-year-old male.

11. On August 10, 2023, OSTDPS Criminal Investigator (CI) Laddimer Clifford contacted your affiant to advise dispatch had received a call that morning from Gloria No Neck who stated she had information regarding the hit-and-run collision that occurred on August 3, 2023. CI Clifford spoke to No Neck and she stated that her sister, Karen RED ELK, was the driver of the vehicle that struck and killed A.S. No Neck said RED ELK's vehicle was located at the residence of Cedric Young Bear in Porcupine, SD. No Neck sent pictures of RED ELK's vehicle to CI Clifford.

12. Law enforcement officers located a vehicle with severe front-end damage at Young Bear's residence, located at 2214 BIA 27, Porcupine, SD 57772. The vehicle had South Dakota license plate number E7005, which was a 2010 Chevrolet Traverse, VIN 1GNLVGED5AS111286, registered to Karen RED ELK.

13. CI Clifford located RED ELK and interviewed her at the Pine Ridge Justice Center. RED ELK was advised of her rights and agreed to speak with CI Clifford. The interview was audio recorded.

14. RED ELK said on the evening of August 3, 2023, she was driving back to her residence in Porcupine, SD, from Chadron, NE. RED ELK said the vehicle she was driving was occupied by three other adults, Brandon Caldwell, Tyler Iron Boy, and Desirae McBride. There were also three minor children inside

4

the vehicle. RED ELK said it was dark and raining hard as she was driving through Pine Ridge near Lakota Tech School. RED ELK stated she could hardly see the roadway because of the heavy rain and remembered that there was a broke down trailer on the side of the roadway. RED ELK suddenly noticed a pedestrian in the middle of the roadway, and she struck the pedestrian with her vehicle. RED ELK attempted to swerve to the side of the road, but she was unable to avoid colliding with the pedestrian due to the weather and it being dark outside. RED ELK panicked and drove straight to her residence in Porcupine, SD. RED ELK did not stop or call the police after the accident. RED ELK knew it was a person she had struck, but she decided not to stop because she panicked and was scared.

15. RED ELK was scared when she arrived at her residence, so she had Iron Boy move her vehicle the following morning to a field behind Evergreen Housing in an attempt to conceal the vehicle from law enforcement. On August 9, 2023, Iron Boy and Caldwell moved RED ELK's vehicle a second time to Two Bear's residence. Two Bear told Karen that she needed to contact law enforcement and turn herself in.

16. Your affiant is aware that RED ELK is an enrolled member of the Oglala Sioux Tribe and that the scene of accident was within the exterior boundaries of the Pine Ridge Reservation.

17. Your affiant is aware that vehicles of this make, model, and year, often have electronic devices such as event data recorders, sometimes referred to

5

as a "black box", computers, and entertainment systems, which record the vehicle's movements and operations to include, among other things, whether the vehicle when the vehicle was placed in "drive", "reverse", "neutral", or "park"; speed and acceleration of the vehicle; whether brakes were applied at any time.

18.     Based on the foregoing, your affiant submits there is probable cause to believe that the computer and electronic devices within the 2010 Chevrolet Traverse, South Dakota license plate E7005, VIN 1GNLVGED5AS111286 (Attachment A) may contain evidence of the offense of Manslaughter, in violation of 18 U.S.C. § 1112.

## **CONCLUSION**

18.     Based on your affiant's training and experience, and the facts as set forth in this affidavit, your affiant believes there is probable cause to believe that evidence related to the charges of Manslaughter may be found in the event data recorder of the 2010 Chevrolet Traverse, South Dakota license plate E7005, VIN 1GNLVGED5AS111286, as set forth in this affidavit and Attachment A.

Dated: this 28th day of August, 2023

_____
SA Gerald Brent Bixenman
Federal Bureau of Investigation

SUBSCRIBED and SWORN to

_____ in my presence
_____ by reliable electronic means

this 28th day of August, 2023.

_____
DANETA WOLLMANN
U.S. MAGISTRATE JUDGE

6

## ATTACHMENT A
### Property to Be Searched

A 2010 Chevrolet Traverse, South Dakota license plate E7005, VIN 1GNLVGED5AS111286, to include, but not limited to:

- event data recorders, "black box", entertainment systems, and vehicle information storage systems
- interior of the vehicle
- exterior of the vehicle

The vehicle is currently located at the Oglala Sioux Tribe Department of Public Safety Justice Center in Pine Ridge, South Dakota.

## ATTACHMENT B

### Particular Things to be Seized

Contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1112, Manslaughter, including, but not limited to the following:

1. Evidence, records, and information related to the operation of the vehicle on August 3, 2023, including: whether the vehicle when the vehicle was placed in "drive", "reverse", "neutral", or "park"; speed and acceleration of the vehicle; whether brakes were applied at any time.
2. Interior of the vehicle for any drugs, alcohol, containers for drugs or alcohol, or other related paraphernalia; items indicative of distracted driving
3. Exterior of the vehicle for photos, swabs, and samples related or possibly related to a collision.

The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

2